

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
12/06/2013

| | | |
|---|---|---|
| IN RE:  FOUR MILE TREE, LLC | § § § § § | CASE NO. 13-20560 |
| Debtor. | | Chapter 11 |

### CONSENT ORDER SUSPENDING CHAPTER 11 CASE

THIS MATTER having come before the Court by consent of The Old Point National Bank, of Phoebus ("Old Point") and the Debtor in possession Four Mile Tree, LLC (the "Debtor") herein (together, the "Parties" and separately a "Party").

WHEREAS, on November 19, 2013, Old Point filed an Involuntary Petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") against the Debtor in the United States Bankruptcy Court for the Eastern District of Virginia thereby commencing case number 13-51834-FJS (the "First Case").

WHEREAS, on November 20, 2013, the Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code in this Court, thereby commencing the above-captioned case (the "Instant Case"). Also on November 20, 2013, the Debtor filed its Disclosure Statement  (the "Disclosure Statement") and Chapter 11 Plan (the "Plan"), along with its Schedules and Statements of Affairs. [Doc #'s 1, 2 and 3]

WHEREAS, on November 27, 2013, Old Point filed a Motion to Transfer Venue and Consolidate Cases (the "Transfer Motion") in the First Case.  The Transfer Motion requests the Bankruptcy Court for the Eastern District of Virginia to determine proper venue of the Instant Case.

WHEREAS, the Parties have jointly requested that this Court suspend all proceedings in the Instant Case to allow the Bankruptcy Court for the Eastern District of Virginia to render its

ruling on the Transfer Motion and such other responsive pleadings or motions as the parties may file in the First Case;

WHEREFORE, in light of the joint request of the Parties, and the Court's independent determination that a general suspension of all proceedings in the Instant Case is proper and in the best interest of the Debtor, its estate, its creditors, and other parties in interest; and it appearing that proper and adequate notice of the request for such suspension has been given; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. All proceedings in the Instant Case shall be suspended generally to allow the Bankruptcy Court for the Eastern District of Virginia to render its ruling on the Transfer Motion and such other responsive pleadings or motions as the parties may file in the First Case;

2. The Initial Debtor's Conference scheduled for December 9, 2013 and the Section 341 first Meeting of Creditors scheduled for December 17, 2013, shall be continued generally pending the venue determination of the Bankruptcy Court for the Eastern District of Virginia; and

3. All deadlines previously established in the Instant Case, including but not limited to those deadlines related to the Disclosure Statement and Plan, shall be generally suspended pending the ruling of the Bankruptcy Court for the Eastern District of Virginia on the Transfer Motion and such other responsive pleadings or motions as the parties may file in the First Case; and

4. Nothing herein shall be construed as a waiver or modification of any rights of any Party to advance any pending or new argument, motion, cause of action, evidence, or position with respect to any issue or dispute that may be brought in the Instant Case and in this Court or

in the Bankruptcy Court for the Eastern District of Virginia, and all such rights are expressly preserved hereby; and

5.      Upon the ruling of the Bankruptcy Court for the Eastern District of Virginia with respect to the Transfer Motion and such other responsive pleadings or motions as the parties may file in the First Case, the Parties shall promptly file a joint report regarding those rulings, attaching any written orders entered, and promptly schedule a status conference before this Court in the Instant Case to report and argue the status of the Instant Case.

December 6, 2013
Signed this ___ day of December, 2013

_____
Richard S. Schmidt
United States Bankruptcy Judge

SUBMITTED BY AND AGREED:

/s/   *Timothy P. Dowling*
Timothy P. Dowling
State Bar No. 06083900
So. District No. 2431
**Gary, Thomasson, Hall & Marks, P.C.**
615 N. Upper Broadway, Suite 800
Post Office Box 2888
Corpus Christi, Texas 78477-0033
Telephone (361) 884-1961
Facsimile: (361) 889-5100
Local Counsel for The Old Point National Bank of Phoebus

AND

/s/   *Cullen D. Speckhart*
Richard E. Biemiller, Esq.
Cullen D. Speckhart, Esq.
**Wolcott Rivers Gates**
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
Telephone: (757) 497-6633
Counsel for The Old Point National Bank of Phoebus

SEEN AND AGREED:

*/s/ Shelby A. Jordan*
Shelby A. Jordan
State Bar No. 11016700
So. District of Texas No. 2195
Antonio Ortiz
State Bar No. 24074839
So. District of Texas No. 1127322
**Jordan, Hyden, Womble, Culbreth & Holzer, PC**
500 N. Shoreline, Suite 900
Corpus Christi, TX 78401
Telephone: (361) 884-5678
Facsimile (361) 888-5555
Email: sjordan@jhwclaw.com
         aortiz@jhwclaw.com
Counsel for the Debtor